IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM TUDUJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-1283-SMY |
| | ) |
| JOHN F. COONEY; LEWIS, BRISBOIS, | ) |
| BISGAARD, & SMITH LLP; AND | ) |
| DANNA MCKITRICK, PC, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge**

Before the Court is Plaintiff Tom Tuduj's Motion to Reopen Case and File First Amended Complaint (Doc. 13). The Court previously dismissed the case without prejudice *sua sponte*, finding that it lacked subject matter jurisdiction (Doc. 12).

Plaintiff, who is currently incarcerated at Menard Correctional Center, asserts legal malpractice claims against his former attorney John Cooney and the law firms that employed him. He states that he has made appropriate changes to his Complaint to establish a basis for jurisdiction in this court and has submitted a proposed Second Amended Complaint which alleges the following:

> This Court has jurisdiction over Plaintiff's underlying Federal claims pursuant to 28 U.S.C. § 1331, 1343 and 1391 venue is proper because all the facts givin [sic] rise to the claims occurred in this District Randolph County, Illinois. The Court also has supplemental jurisdiction over Plaintiff's State Tort claims under 28 USC § 1367 and 735 ILCS 5/209. The judgment was finalized on May 1, 2020 (Exhibit D).

Again, Plaintiff's claims do not arise under the Constitution or federal law – they are state law legal malpractice claims. *See* 28 U.S.C. § 1331. Plaintiff's citation to 28 U.S.C. § 1343 is misplaced as that statute grants district courts original jurisdiction over civil rights and elective

franchise cases. Further, there is no statement in the Complaint that the parties are of diverse citizenship (*See* 28 U.S.C. § 1332). Rather, it appears that all the parties are citizens of Illinois. Thus, the Court does not have jurisdiction under 28 U.S.C. § 1332.

Accordingly, Plaintiff's Motion to Reopen and File First Amended Complaint is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  July 13, 2022**

**STACI M. YANDLE**
**United States District Judge**